UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| BMORE ESTATES LLC, | : | Civil Action No.: |
|  | : |  |
| Plaintiff, | : |  |
|  | : | **NOTICE OF REMOVAL** |
| -against- | : |  |
|  | : |  |
| AMERICAN ZURICH INSURANCE | : |  |
| COMPANY, JOHN DOES 1-5 (fictious | : |  |
| Individuals); and ABC CORPS. 6-10 | : |  |
| (fictious corporations/entities) | : |  |
|  | : |  |
| Defendants. | : |  |
|  | : |  |

**TO:** **United States District Court**
**District of New Jersey**
**Martin Luther King Building & U.S. Courthouse**
**50 Walnut Street Room 4015**
**Newark, NJ 07101**

Defendant, AMERICAN ZURICH INSURANCE COMPANY ("AZIC"), by and through

its undersigned counsel, files this Notice of Removal pursuant to 28 U.S.C. § 1441, *et seq*. AZIC

submits that the United States District Court for the District of New Jersey has original diversity

jurisdiction over this civil action and this matter may be removed to the District Court in

accordance with the procedures provided at 28 U.S.C. § 1446. In further support of this Notice of

Removal, AZIC states as follows:

## STATE COURT ACTION

1.      Plaintiff, Bmore Estates LLC, initiated this action by filing a Complaint in the

Superior Court of New Jersey, Law Division, Middlesex County, on or about January 10, 2025

under Docket No.: MID-L-000178-25 (the "State Court Action"). A true and accurate copy of the

Complaint is annexed hereto as **Exhibit "A"**.

11626741.1

2.      American Zurich Insurance Company (hereinafter "AZIC") was served on April 9, 2025. A true and correct copy of the Notice of Service of Process is annexed hereto as **Exhibit "B"**.

3.      Upon information and belief, the documents attached as **Exhibits "A"** and **"B"** constitute all of the pleadings, process and orders which were filed in connection with the state court action.

4.      This Notice of Removal is timely filed in that it is filed "within thirty days after the receipt by defendant[s], through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which" this action is based. 28 U.S.C. § 1446(b).

## DIVERSITY OF CITIZENSHIP

5.      Upon information and belief, Plaintiff Bmore Estates LLC is a Maryland limited liability company with an "office located at 3250 State Route 27, Suite 201, Kendall Park, NJ." **Ex. "A"**.

6.      Upon information and belief Plaintiff Bmore Estates LLC's registered agent is Shomail Malik. Per LinkedIn, Shomail Malik is the "Managing Partner/Co-Owner" of Apex Capital Group which is located at 3250 State Route 27, Suite 201 Kendall Park, NJ.

7.      Per legal filings, Apex Capital Group LLC is a Delaware limited liability company with its principal place of business located at 3250 State Route 27, Suite 201, Kendall Park, NJ.

8.      Defendant, AZIC, is an Illinois corporation engaged in the insurance business with a statutory home office located at 1299 Zurich Way, Schaumburg, Illinois 60196, and its principal place of business located at 1299 Zurich Way, Schaumburg, Illinois 60196. AZIC is licensed to do business in the State of New Jersey.

9.      Defendant AZIC has not filed responsive pleadings in the State Court Action.

10.     Upon information and belief, Shomail Malik and Farhan Malik are residents of New Jersey who are the members of Plaintiff Bmore Estates LLC, or any of its members that are limited liability companies, and that no residents or citizens of the State of Illinois are members of Bmore Estates LLC, or any of its members that are limited liability companies.

**AMOUNT IN CONTROVERSY**

11.     Plaintiff is the owner of the real property located at 1350 James Street, Baltimore, Maryland 21223. See **Ex. "A"** at ¶ 1.

12.     In its Complaint, Plaintiff alleges AZIC "owes [Plaintiff] $249,000" for damages. *Id*. at ¶ 12

13.     Accordingly, the amount in controversy exceeds the jurisdictional requirement of $75,000.00.

14.     Because Plaintiff and Defendant are citizens of different states, and because the amount in controversy exceeds $75,000.00, the United States District Court for the District of New Jersey has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

15.     28 U.S.C. § 1332 confers original jurisdiction over all civil matters where the amount in controversy exceeds the sum or value of $75,000 exclusive of interest and costs and is between citizens of different states.

16.     AZIC submits that this matter may be removed to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1441, which permits removal of any civil action to the district courts that have original jurisdiction.

17.     A Notice of Filing of Notice of Removal to Federal Court, attached hereto as **Exhibit "C"**, will be filed in the Superior Court of New Jersey, Middlesex County, as soon as this Notice of Removal has been filed in this Court.

11626741.1

**WHEREFORE**, Defendant, AMERICAN ZURICH INSURANCE COMPANY., removes this civil action to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. § 1441.

Dated: May 8, 2025

CLAUSEN MILLER P.C.

Thomas D. Jacobson, Esq.
Email: tjacobson@clausen.com
(973) 410-4151
100 Campus Drive
Florham Park, New Jersey 07932
*Counsel for Defendant American Zurich Insurance Company*

4

11626741.1

## CERTIFICATION OF SERVICE

I, Thomas D. Jacobson, of full age, being duly sworn, according to law and upon my oath, depose and say:

1.     I am an attorney with the law firm of Clausen Miller P.C. and am assigned the handling of this action.

2.     On May 8, 2025, I electronical filed a copy of the within DEFENDANT'S NOTICE OF REMOVAL, which was served via DNJ ECF and regular mail on:

> Brian L. Whiteman, Esq.
> Whiteman Law Group, LLC
> 2515 Route 516
> Old Bridge, New Jersey 08857
> *Counsel for Plaintiff*

3.     I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: May 8, 2025

By: _____
       THOMAS D. JACOBSON

11626741.1